In re **Rob Sleenhof**, Debtor

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 7487487487964652 <br><br> American Financial Consultants <br> 100 Quentin Roosevelt Blvd. <br> #200 <br> Garden City, NY 11530 | | - | Collection for Wells Fargo Credit Line | | | | 10,543.74 |
| Account No. 101559535 <br><br> American General Finance <br> 665 N. Tustin Street #Q <br> P.O. Box 5808 <br> Orange, CA 92613-5808 | | - | 10/98 <br> Credit line | | | | 2,926.84 |
| Account No. 963152 <br><br> CMRE Financial Services <br> 3350 East Birch St. #200 <br> Brea, CA 92821-6267 | | - | 10/99 <br> Medical services / Harbor Radiology | | | | 45.00 |
| Account No. 11364024990401159 <br><br> Collect America, Ltd. <br> C/O Cambrece Law Office <br> 8 Bourbon Street <br> Peabody, MA 01960 | | - | 1998 <br> Credit line (Wells Fargo) | | | | 5,011.05 |
| __2__ continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | 18,526.63 |

In re  **Rob Sleenhof**                                        ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 73-1928883100<br><br>Emergency Med Spec of Orange<br>P.O. Box 96365<br>Oklahoma City, OK 73143-6355 | | - | 2-23-99<br>Medical services | | | | 115.00 |
| Account No.<br><br>Farmers Insurance Exchange<br>3041 Cochran St.<br>Simi Valley, CA 93099 | X | - | 7/98<br>Judgment for collision damages | | | | 25,500.00 |
| Account No. 09275083<br><br>J.J. MacIntyre Co.<br>5700 Atlington Ave.<br>Riverside, CA 92504 | | - | 10/99<br>Medical services / Hoag Mem Hosp. | | | | 245.00 |
| Account No. 1928883100<br><br>Moran, Rowen and Dorsey, Inc.<br>P.O. Box 14005<br>Orange, CA 92863-1405 | | - | 2-23-99<br>Medical services | | | | 35.20 |
| Account No. 4100678608-0<br><br>Sprint PCS<br>P.O. Box 79125<br>Industry, CA 91716-9125 | | - | April 1999-2000 | | | | 510.00 |// 
| Sheet no. __1__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal<br>(Total of this page) | | | 26,405.20 |

Copyright (c) 1993-1996 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                   Best Case Bankruptcy

In re **Rob Sleenhof**                                  ,         Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 1928883100-308<br><br>St. Joseph Hospital<br>Dept. LA 21031<br>Pasadena, CA 91185-1031 | | - | 2-23-99<br>Medical services | | | | 450.00 |
| Account No. 024804-8<br><br>State Farm Insurance<br>C/O Stephen Beecher, Esq<br>7256 Alabama Ave.<br>P.O. Box 9369<br>Canoga Park, CA 91309-0369 | | - | 12/99<br>Claim for collision damages | | | | 4,687.00 |
| Account No. 0216-6010-0177-1612<br><br>The Good Guys (HRS)<br>P.O. Box 703<br>Wood Dale, IL 60191-0703 | | - | 7/98<br>Misc credit card purchases | | | | 3,439.26 |
| Account No. 144369451201988<br><br>Watchworks<br>C/O Norwest Financial<br>22810 Hawthorne Blvd.<br>Torrance, CA 90505 | | - | 6/98<br>Watch and ring | | | | 1,500.00 |
| Account No. | | | | | | | |

Sheet no. __2__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **10,076.26**

Total (Report on Summary of Schedules): **55,008.09**